CO-386-online
10/03

# United States District Court
# For the District of Columbia

NATIONAL WILDLIFE FEDERATION )
et. al. )
)
)
        VS    Plaintiff )    Civil Action No._____
)
FRANCIS HARVEY, in his official capacities as Secretary of the Army; )
)
P. LYNN SCARLET, in her official capacity as Acting Secretary of the )
U.S. Department of the Interior )
)
        Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for _NWF, Conservancy of SW FL, Collier County Audubon, FWF, National Audubon Society_ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _not applicable_ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Mary Randolph Sargent_
Signature

D.C. Bar 471907
BAR IDENTIFICATION NO.

Mary Randolph Sargent
Print Name

c/o NWF, 1400 16th St., NW, Suite 501
Address

Washington DC  20036
City    State    Zip Code

202-797-6865
Phone Number