UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL WILDLIFE FEDERATION, a District of Columbia Non-Profit Corporation, 1400 16th Street, NW, Suite 501 Washington, D.C. 20036, <br><br> CONSERVANCY OF SOUTHWEST FLORIDA, a Florida Non-Profit Corporation, 1450 Merrihue Drive Naples, FL 34102, <br><br> COLLIER COUNTY AUDUBON SOCIETY, a Florida Non-Profit Corporation, 660 9th Street North, Suite 32A Naples, FL 34102, <br><br> FLORIDA WILDLIFE FEDERATION, a Florida Non-Profit Corporation P.O. Box 6870 Tallahassee, FL 32314, <br><br> NATIONAL AUDUBON SOCIETY, INC., a New York Non-Profit Corporation 700 Broadway, New York, NY 10003, <br><br>     Plaintiffs, <br><br> vs. <br><br> FRANCIS HARVEY, in his official capacity as Secretary of the Army 101 Army Pentagon Washington, D.C. 20310, <br><br> P. LYNN SCARLETT, in her official capacity as Acting Secretary of the U.S. Department of the Interior 1849 C Street, N.W. Washington, D.C. 20240, <br><br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CASE NO. 1:06cv00945 <br><br> **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs National Wildlife Federation, Conservancy of Southwest Florida, Collier County Audubon Society, Florida Wildlife Federation, and the National Audubon Society hereby dismiss the above captioned case without prejudice.

Respectfully submitted,                              Dated: May 22, 2006

_____
John Kostyack, DC Bar No. 415484
Mary Randolph Sargent, DC Bar No. 471907
National Wildlife Federation
1400 16th Street, NW, Suite 501
Washington DC 20036
(202) 797-6865

Jan Goldman-Carter, DC Bar No. 415773
4312 46th St, NW
Washington DC 20016
(952) 807-3149

Gary A. Davis
Attorney at Law
P.O. Box 649
61 North Andrews Ave.
Hot Springs, NC 28743
(828) 622-0044

Attorneys for Plaintiffs